■ In the Matter of YVELIZE T. and Others, Children Alleged to be Neglected. MELISSA T. et al., Appellants; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [754 NYS2d 531] —Orders of disposition, Family Court, Bronx County (Allen Alpert, J.), entered on or about March 19, 1998, placing the subject child Yvelize with petitioner Administration for Children's Services for a period of 12 months upon a fact-finding determination of neglect, and releasing the subject children Angel and Zanida to respondents' custody with supervision by a child protective agency upon fact-finding determinations of derivative neglect, unanimously affirmed, insofar as they bring up for review the fact-finding determinations, and the appeal therefrom otherwise dismissed as moot, without costs.

We decline to review Yvelize's placement since the dispositional order directing such placement has expired (*see Matter of Simone M.*, 298 AD2d 171). The finding that respondents inflicted excessive corporal punishment on Yvelize is supported by a preponderance of the evidence adduced at the fact-finding hearing, including the child's out-of-court statements as testified to by her school's social worker and petitioner's caseworker. These statements were sufficiently corroborated, in the case of respondent father, by his in-court and out-of-court admissions and the bruises the caseworker observed on the child's arms, and, in the case of respondent stepmother, by the bruise the caseworker observed on the child's thigh (*see Matter of*

*Khadryah H.*, 295 AD2d 607). No basis exists to disturb Family Court's findings of credibility. Concur—Tom, J.P., Sullivan, Ellerin, Marlow and Gonzalez, JJ.